Matthew J. Preusch (298144)
Christopher L. Springer (291180)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
mpreusch@kellerrohrback.com
cspringer@kellerrohrback.com

*Attorney for Plaintiffs*
*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANYELLE TOWNSEND and KEN TEW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | No. 3:17-cv-06756-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint Filed: November 22, 2017<br><br>Trial Date: None set |

On November 22, 2017, Plaintiffs filed their complaint against Uber Technologies, Inc., and the case was originally assigned to Magistrate Judge Donna M. Ryu.  The case was reassigned to U.S. District Court Judge Vince Chhabria by order of the Court on November 28, 2017, and an initial Case Management Conference was scheduled for February 20, 2018, with a Case Management Statement due by February 13, 2018.  The summons was issued as to Defendant Uber Technologies, Inc. on November 29, 2017 and Defendant was served on December 11, 2017.  On December 26, 2017, Defendant Uber Technologies, Inc. filed a joint stipulation to extend the time to respond to Plaintiffs' complaint by not more than twenty-eight days.  Pro Hac Vice motions have been filed for counsel representing Defendant Uber Technologies, Inc., and said motions were granted on January 23, 2018.  Defendant has neither filed an answer nor a motion for summary judgment in the case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs respectfully move this Court to voluntarily dismiss this case without prejudice, with each side to bear its own costs and fees.

Date:    January 26, 2018

                                        KELLER ROHRBACK L.L.P.


                                    By   /s/ *Matthew J. Preusch*
                                         Matthew J. Preusch (298144)
                                         Christopher L. Springer (291180)
                                         mpreusch@kellerrohrback.com
                                         cspringer@kellerrohrback.com
                                         801 Garden Street, Suite 301
                                         Santa Barbara, CA 93101
                                         (805) 456-1496, Fax (805) 456-1497

                                         Lynn Lincoln Sarko, *pro hac vice forthcoming*
                                         Gretchen Freeman Cappio, *pro hac vice forthcoming*
                                         Cari Campen Laufenberg, *pro hac vice forthcoming*
                                         KELLER ROHRBACK L.L.P.
                                         1201 Third Avenue, Suite 3200
                                         Seattle, WA 98101
                                         (206) 623-1900, Fax (206) 623-3384
                                         lsarko@kellerrohrback.com
                                         gcappio@kellerrohrback.com
                                         claufenberg@kellerrohrback.com

MOTLEY RICE LLC

Jodi Flowers, *pro hac vice forthcoming*
Breanne Cope (260217)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000, Fax (843) 216-9450
jflowers@motleyrice.com
bcope@motleyrice.com

Laura Ray, *pro hac vice forthcoming*
Mathew Jasinski, *pro hac vice forthcoming*
One Corporate Center
20 Church Street
17th Floor
Hartford, CT 06103
(860) 882-1681, Fax (860) 882-1682
lray@motleyrice.com
mjasinski@motleyrice.com

***Attorney for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, a copy of the foregoing **Notice of Voluntary Dismissal** was electronically filed with the Clerk of the Court of the United States District Court for the Northern District of California using the CM/ECF system, which will send notification of such filing to all parties in the case.

Date:   January 26, 2018

KELLER ROHRBACK L.L.P.


By   /s/ *Matthew J. Preusch*
Matthew J. Preusch (298144)
Christopher L. Springer (291180)
mpreusch@kellerrohrback.com
cspringer@kellerrohrback.com
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

*Attorney for Plaintiffs*

4848-4548-9499, v. 1